# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JAMES E. HANCOCK,

    Petitioner,  :  Case No. 3:05-cv-310

    -vs-  :  District Judge Thomas M. Rose
        Chief Magistrate Judge Michael R. Merz

TIMOTHY BRUNSMAN, Warden,

    Respondent.  :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS
## ON MOTION FOR RECONSIDERATION

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #25), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on May 3, 2007, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Petitioner's motion to alter judgment (Doc. No. 24) be, and it hereby is, DENIED.

May 17, 2007.

                                      **s/ Thomas M. Rose**

                                      Thomas M. Rose
                                      United States District Judge